**MEMO ENDORSED**

IFP status granted.  So ordered.

April 23, 2026

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

ARON GOLDBERGER,
Plaintiff,

vs.

SEARS HOLDINGS CORPORATION, *et al.,*
Defendants,

CHAPTER 11

Case No. 7:26-cv-02493-KMK

-----------------------------------------------------------x

### MOTION FOR RECONSIDERATION AND REQUEST TO STAY PENDING BANKRUPTCY HEARING

**1. PRELIMINARY STATEMENT**

Plaintiff moves this Court to reconsider the Order dated April 6, 2026, denying In Forma

Pauperis (IFP) status. The denial was based on a finding of "Projected" income ($120,000) that

contradicts the Plaintiff's actual, current insolvency.

**2. NEW EVIDENCE: THE INTERVENING EVENT**

The Plaintiff's financial status is now the subject of active litigation in the U.S. Bankruptcy

Court for the Middle District of Pennsylvania (Case No. 4:26-bk-00574).

- The April 23rd Hearing: The Bankruptcy Court has scheduled a hearing for **April 23,**

  **2026**, specifically to adjudicate the Debtor's financial disclosures and the validity of the

  "Projected Income" figures.

- **Exclusive Jurisdiction:** The Bankruptcy Court has primary jurisdiction over the Debtor's estate and assets. A ruling by this Court enforcing fees based on "projected" assets would conflict with the Bankruptcy Court's administration of the actual assets.

## 3. EVIDENCE OF ACTUAL INCOME (EXHIBIT 1)

Attached hereto as Exhibit 1 is the Plaintiff's Sworn Affidavit, attesting that his current employment income is $0.00. The "Projected" $120,000 is a speculative figure contingent on future events and does not exist as liquid cash.

## 4. RELIEF REQUESTED

Plaintiff respectfully requests that this Court:

(A) **Reconsider** the denial of IFP status based on the Sworn Affidavit attached; or in the Alternative

(B) **Stay** the requirement to pay fees until the Bankruptcy Court issues its ruling after the April 23rd hearing.

Dated: April 19th, 2026

State College, PA

/s/ Aron Goldberger

Aron Goldberger, Plaintiff Pro Se

# Exhibit 1

Document 2: The Affidavit (Exhibit 1)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

ARON GOLDBERGER,
Plaintiff,

vs.

SEARS HOLDINGS CORPORATION, *et al.,*                    CHAPTER 11
Defendant,

                                                                  Case No. 7:26-cv-02493-KMK

    -----------------------------------------------------------x

## AFFIDAVIT OF FINANCIAL STATUS

State of Pennsylvania )
County of Centre ) ss:

I, **Aron Goldberger**, being duly sworn, depose and state:

1. **Status**: I am the Plaintiff in this action and the Debtor-in-Possession in a pending Chapter 11 Subchapter V Bankruptcy in the Middle District of Pennsylvania (Case No. 4:26-bk-00574-MJC).

2. **Direct Rebuttal:** I make this affidavit specifically to rebut the judicial finding that I possess a "Projected" income of $120,000.00.

3. **Actual Income:** My actual, current disposable income from employment is $0.00.

4. **Source of Support:** My household currently subsists on charitable, "in-kind" assistance provided by a church. This assistance covers needs directly and does not constitute a cash

salary available for court fees.

5. **Speculative Nature of Projection:** The "$120,000" figure is a future projection contingent on business reorganization success. It is not a liquid asset in my possession today. I cannot use "projected" funds to pay the filing fee for this action.

6. **Verification:** My financial status is currently under the oversight of the United States Bankruptcy Trustee.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 20, 2026

Aron Goldberger

(State of Pennsylvania, County of Centre ) ss:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

ARON GOLDBERGER,
Plaintiff,

        vs.

SEARS HOLDINGS CORPORATION, *et al.,*           CHAPTER 11
Defendant,

                                   Case No. 7:26-cv-02493-KMK

-----------------------------------------------------------x

# CERTIFICATE OF SERVICE

I hereby certify that on this 20 th day of April, 2026, I served a true and correct copy of the

**"MOTION FOR RECONSIDERATION AND REQUEST TO STAY PENDING BANKRUPTCY HEARING" AND (Exhibit 1) "AFFIDAVIT OF FINANCIAL STATUS"**

by — Email, and  Pro-se Upload Tool upload  upon the following parties:

- U.S. Bankruptcy Court Southern District New York
- U.S. Trustees
- WEIL, GOTSHAL & MANGES LLP
- SRZ Liquidating Trust
- Any other parties entitled to notice under Fed. R. Bankr. P. 2002

Dated: April 20,  2026

 Respectfully submitted,

*[signature: Aron Goldberger]*

Aron  Goldberger, Debtor *Pro Se*

1830 Blue Course Drive

State College, PA 16801

(845)-825-7547