MEMO ENDORSED

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x

ARON GOLDBERGER,
Plaintiff,

             vs.

SEARS HOLDINGS CORPORATION, *et al.,*               CHAPTER 11
Defendants,

                                            Case No. 7:26-cv-02493-KMK

      --------------------------------------------------------------x

**MOTION FOR RECONSIDERATION AND REQUEST TO STAY PENDING**
**BANKRUPTCY HEARING**

**1. PRELIMINARY STATEMENT**

Plaintiff moves this Court to reconsider the Order dated April 6, 2026, denying In Forma

Pauperis (IFP) status. The denial was based on a finding of "Projected" income ($120,000) that

contradicts the Plaintiff's actual, current insolvency.

**2. NEW EVIDENCE: THE INTERVENING EVENT**

The Plaintiff's financial status is now the subject of active litigation in the U.S. Bankruptcy

Court for the Middle District of Pennsylvania (Case No. 4:26-bk-00574).

- The April 23rd Hearing: The Bankruptcy Court has scheduled a hearing for **April 23,**

  **2026**, specifically to adjudicate the Debtor's financial disclosures and the validity of the

  "Projected Income" figures.

MEMO ENDORSED

- **Exclusive Jurisdiction:** The Bankruptcy Court has primary jurisdiction over the Debtor's estate and assets. A ruling by this Court enforcing fees based on "projected" assets would conflict with the Bankruptcy Court's administration of the actual assets.

### 3. EVIDENCE OF ACTUAL INCOME (EXHIBIT 1)

Attached hereto as Exhibit 1 is the Plaintiff's Sworn Affidavit, attesting that his current employment income is $0.00. The "Projected" $120,000 is a speculative figure contingent on future events and does not exist as liquid cash.

### 4. RELIEF REQUESTED

Plaintiff respectfully requests that this Court:

(A) **Reconsider** the denial of IFP status based on the Sworn Affidavit attached; or in the Alternative

(B) **Stay** the requirement to pay fees until the Bankruptcy Court issues its ruling after the April 23rd hearing.

Dated: April 19th, 2026

State College, PA

/s/ Aron Goldberger

Aron Goldberger, Plaintiff Pro Se

The Court granted Appellant IFP status on April 23, 2026 by memo endorsement. (*See* Dkt. No. 7.) The Court also granted Appellant permission to file electronically. (*See* Dkt. No. 8.) Accordingly, Appellant's renewed request to be granted IFP status (Dkt. No. 9) and renewed request for permission to file electronically (Dkt. No. 10) are denied as moot. Appellant already has received the relief he is seeking.

So ordered.

May 7, 2026

# Exhibit 1

Document 2: The Affidavit (Exhibit 1)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
ARON GOLDBERGER,
Plaintiff,

        vs.

SEARS HOLDINGS CORPORATION, *et al.,*          CHAPTER 11
Defendant,

                                 Case No. 7:26-cv-02493-KMK

    -----------------------------------------------------------x

## AFFIDAVIT OF FINANCIAL STATUS

State of Pennsylvania )
County of Centre ) ss:

I, **Aron Goldberger**, being duly sworn, depose and state:

1. **Status**: I am the Plaintiff in this action and the Debtor-in-Possession in a pending Chapter 11 Subchapter V Bankruptcy in the Middle District of Pennsylvania (Case No. 4:26-bk-00574-MJC).

2. **Direct Rebuttal:** I make this affidavit specifically to rebut the judicial finding that I possess a "Projected" income of $120,000.00.

3. **Actual Income:** My actual, current disposable income from employment is $0.00.

4. **Source of Support:** My household currently subsists on charitable, "in-kind" assistance provided by a church. This assistance covers needs directly and does not constitute a cash

salary available for court fees.

5. **Speculative Nature of Projection:** The "$120,000" figure is a future projection contingent on business reorganization success. It is not a liquid asset in my possession today. I cannot use "projected" funds to pay the filing fee for this action.

6. **Verification:** My financial status is currently under the oversight of the United States Bankruptcy Trustee.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 20, 2026

Aron Goldberger

(State of Pennsylvania, County of Centre ) ss:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ARON GOLDBERGER,
Plaintiff,

            vs.

SEARS HOLDINGS CORPORATION, *et al.,*                CHAPTER 11
Defendant,

                                        Case No. 7:26-cv-02493-KMK

--------------------------------------------------------------x

# CERTIFICATE OF SERVICE

I hereby certify that on this 20 th day of April, 2026, I served a true and correct copy of the

**"MOTION FOR RECONSIDERATION AND REQUEST TO STAY PENDING BANKRUPTCY HEARING" AND (Exhibit 1) "AFFIDAVIT OF FINANCIAL STATUS"**

by — Email, and  Pro-se Upload Tool upload  upon the following parties:

- U.S. Bankruptcy Court Southern District New York
- U.S. Trustees
- WEIL, GOTSHAL & MANGES LLP
- SRZ Liquidating Trust
- Any other parties entitled to notice under Fed. R. Bankr. P. 2002

Dated: April 20,  2026

 Respectfully submitted,

 Aron  Goldberger, Debtor *Pro Se*

1830 Blue Course Drive

State College, PA 16801

 (845)-825-7547